# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144398

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KIMEON TYRONE BOLDEN,
      Defendant-Appellant.

SC: 144398
COA: 298770
Kalamazoo CC: 2009-000702-FC

_____/

On order of the Court, the application for leave to appeal the November 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

h0618